# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

JARQUEZ DUREN                                              PLAINTIFF

V.                                  CAUSE NO. 4:17CV154-DMB-JMV

CARROLL-MONTGOMERY REGIONAL
CORRECTIONAL FACILITY, ET AL.                          DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the Court pursuant to L.U.Cɪᴠ.R. 16(b)(3)(B). The rule provides that

> filing a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to the motion and whether to permit any portion of the case to proceed pending resolution of the motion are decisions committed to the discretion of the court, upon a motion by any party seeking relief.

Defendants filed a motion [8], asserting the defense of sovereign immunity on December 15, 2017. Accordingly, it is **ORDERED:**

That the proceedings referenced in local rule 16(b)(3)(B), along with the case management conference, are **STAYED** pending a decision on the motion [8].

**THIS**, the 19th day of December, 2017.

/s/ Jane M. Virden
U. S. Magistrate Judge