IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JARQUEZ DUREN                                                                              PLAINTIFF

VS.                                          CIVIL ACTION NO. 4:17CV00154-DMB-JMV

CARROLL-MONTGOMERY REGIONAL
CORRECTIONAL FACILITY, ET AL.                                        DEFENDANTS

**ORDER**

Before the Court is Plaintiff's unopposed, oral motion to stay all deadlines until 30 days following the deadline for Plaintiff to secure new counsel. For good cause shown, the motion is granted, and the case is stayed until 30 days from the entry of appearance of new counsel for Plaintiff (*see* Order [25] setting deadline for entry of appearance at 21 days from 6/22/18). Notwithstanding the foregoing, the stay shall terminate on July 14, 2018, in the event no entry of appearance of new counsel is filed by July 14, 2018. It is further ORDERED:

1. That the deadline for initial disclosures and any outstanding responses to discovery is now 8/15/18.

2. That CMO deadlines are extended as follows:

      amendments to the pleadings/joinder of parties - 8/27/18;

      plaintiff's expert designation - 10/22/18;

      defendants' expert designation - 11/26/18;

      discovery - 1/21/19;

      dispositive and *Daubert* motions - 2/4/19.

SO ORDERED this 26th day of June, 2018.

                                          /s/ Jane M. Virden
                                          U. S. Magistrate Judge