IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JARQUEZ DUREN                                                                                  PLAINTIFF

V.                                                                          CAUSE NO. 4:17CV154-DMB-JMV

CARROLL-MONTGOMERY REGIONAL
CORRECTIONAL FACILITY, ET AL.                                                         DEFENDANTS

## ORDER

Before the Court is the Oral Motion of Attorney John Reeves for leave to appear telephonically at the hearing on Plaintiff's Letter Motion for Extension of Time to Obtain Counsel [30]. The Court finds the motion is well taken, and the same is GRANTED. Mr. Reeves is directed to call in to the Court at 662-390-4356 no later than five (5) minutes prior to the time set for the hearing.

**SO ORDERED THIS**, the 18th day of July, 2018.

/s/ Jane M. Virden
U. S. Magistrate Judge