IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JARQUEZ DUREN                                                                    PLAINTIFF

V.                                                          CAUSE NO. 4:17CV154-DMB-JMV

CARROLL-MONTGOMERY REGIONAL
CORRECTIONAL FACILITY, ET AL.                                              DEFENDANTS

## ORDER LIFTING STAY

By Order [35] dated July 23, 2018, this case was stayed for an additional 30 days from July 20, 2018. That period having expired, the stay is hereby lifted.

**SO ORDERED THIS**, the 21st day of August, 2018.

/s/ Jane M. Virden
U. S. Magistrate Judge