IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JARQUEZ DUREN**     **PLAINTIFF**

**V.**     **NO. 4:17-CV-154-DMB-JMV**

**CARROLL-MONTGOMERY REGIONAL
CORRECTIONAL FACILITY; CARROLL
COUNTY, MISSISSIPPI; and JOHN DOES
1-10**     **DEFENDANTS**

## ORDER

On February 4, 2019, Carroll County, Mississippi, filed a "Motion to File Exhibit Under Seal" requesting "that this Court enter an Order allowing the conventional filing of Jarquez Duren's medical records under seal as Exhibit B to its Motion for Summary Judgment." Doc. #51. Duren did not respond to the motion.

Court records are presumptively in the public domain, and a party seeking to seal documents must comply with the procedure outlined in Local Uniform Civil Rule 79(e). Because Carroll County's motion to seal fails to comply in a number of ways with the requirements of Local Rule 79(e),[1] the motion [51] is **DENIED without prejudice** to its renewal. Carroll County may file a renewed motion to seal no later than May 17, 2019.

**SO ORDERED**, this 3rd day of May, 2019.

                                            /s/Debra M. Brown
                                            **UNITED STATES DISTRICT JUDGE**

---

[1] Local Rule 79(e) provides, among other things, that any motion to seal must be accompanied by a non-confidential supporting memorandum which must include a specific request regarding the character of sealing, why the character of sealing requested is most appropriate, and why another procedure will not suffice. Though Carroll County asks that the Court relieve it of any obligation to submit a supporting memorandum, the motion does not include all of the information mandated under Local Rule 79(e).