IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JARQUEZ DUREN                                                                                                     PLAINTIFF

V.                                                                                        NO. 4:17-CV-154-DMB-JMV

CARROLL-MONTGOMERY REGIONAL
CORRECTIONAL FACILITY, et al.                                                                    DEFENDANTS

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day, this case is **DISMISSED with prejudice**.

**SO ORDERED**, this 18th day of September, 2019.

                                                       **/s/Debra M. Brown**
                                                       **UNITED STATES DISTRICT JUDGE**